# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Winfred Thomas Barrett, III
Attorney at Law
3401 Ryan St., Suite 307
Lake Charles LA 70605

**REHEARING ACTION: February 11, 2015**

**Docket Number: 14   00812-CW**

**DEBRA LOCKETT**
**VERSUS**
**STATE FARM FIRE & CASUALTY CO., ET AL.**

**Writ Application from Calcasieu Parish Case No. 20123070**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Debra Lockett** has this day been

    **DENIED.**
    Peters, J., would grant the rehearing.

cc: Todd Michael Ammons, Counsel for the Applicant
    Ross M. Raley, Counsel for the Applicant